THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Raymond D. Stegall, Appellant.
 
 
 

Appeal From Charleston County
Daniel F. Pieper, Circuit Court Judge

Unpublished Opinion No. 2009-UP-016
 Submitted January 2, 2009  Filed January
8, 2009    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston; for Respondent.
 
 
 

PER CURIAM:  Raymond
 D. Stegall appeals his conviction for murder. Stegall argues the trial court erred
 by giving a confusing and contradictory self-defense charge on the duty to
 retreat.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HUFF, THOMAS, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.